UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JENNIFER SUAREZ ON BEHALF OF MINOR  :
SON CHRISTOPHER SANCHEZ,
                                    :
          Plaintiff,                       ORDER
                                    :      20 Civ. 6559 (KPF)(GWG)
     -against-
                                    :

COMMISSIONER OF SOCIAL SECURITY,    :

          Defendant.                :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

    The Clerk is directed to docket the proposed amended complaint (pages 1-3 of Docket # 19) and to change the caption, docket sheet and plaintiff name/address/email address accordingly.

    The Clerk shall separately docket the Pro Se Consent to Receive Electronic Service (appearing as pages 4 and 5 of Docket # 19). The plaintiff shall be served electronically from this point forward.

    The application to proceed without prepaying fees or costs (Docket # 20) is granted.

    SO ORDERED.

Dated:  January 20, 2021
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge