UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNIFER SUAREZ,                                              :

                                                             :        **ORDER**
                        Plaintiff,                                    20 Civ. 6559 (KPF) (GWG)
                                                             :

        -v.-                                                 :

                                                             :

COMMISSIONER OF SOCIAL SECURITY,                             :

                                                             :

                        Defendant.                           :
-------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge:

        In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United
States Magistrate Judge is available to conduct all proceedings in this case, including but not
limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final
judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to
the United States Court of Appeals in the same manner as an appeal from any other judgment of
this district court.

        Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily
consent. To determine whether the parties wish to voluntarily consent, the plaintiff is directed to
transmit to defendant on or before May 25, 2021, a copy of the attached consent form bearing
either (1) a signature indicating consent to the Magistrate Judge conducting all proceedings in
this matter or (2) a notation that the plaintiff does not consent.

        On or before June 1, 2021, defense counsel is directed to contact the Deputy Clerk
Richalyn Chambers either by telephone, at (212) 805-4260, or by letter. Defense counsel shall
inform the Deputy Clerk whether all parties have consented to the Magistrate Judge conducting
the proceedings in this matter. If any party has not consented, counsel for the defendant shall not
inform the clerk which of the parties have not consented but shall merely state that there has not
been consent by all parties.

        In the event that all parties have consented, defense counsel shall file the signed consent
form on ECF or file a letter on ECF addressed to the undersigned that attaches the signed form. .

        This Order is not intended to interfere with the parties' right to have a trial and/or any
other dispositive proceedings before a United States District Judge. The parties are free to
withhold their consent without adverse substantive consequences, although this will prevent the
Court's jurisdiction from being exercised by a United States Magistrate Judge. If any party

withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

SO ORDERED

DATED:     New York, New York
           May 11, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| JENNIFER SUAREZ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  20 Civ. 6559 (KPF) (GWG) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Jennifer Suarez | | |
| Commissioner of Social Security/Susan D. Baird | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

Katherine Polk Failla
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.