```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNIFER SUAREZ ON BEHALF OF MINOR      :
SON CHRISTOPHER S.,
                                        :
              Plaintiff,                   ORDER
                                        :  20 Civ. 6559 (KPF)(GWG)
     -against-
                                        :

COMMISSIONER OF SOCIAL SECURITY,        :

              Defendant.                :
----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

    The Court's scheduling order, dated March 1, 2021 (docket # 30) required plaintiff to file any opposition to the defendant's motion for judgment on the pleadings (dated May 4, 2021) by July 2, 2021. As of today, no opposition appears on the docket sheet, however.

    Plaintiff is directed to file a letter to the Court <u>on or before July 14, 2021</u>, stating whether she intends to pursue this case or to oppose the defendant's motion. If she intends to do either, she shall explain why she did not file the opposition by the July 2, 2021 due date. Plaintiff may file the letter by email by sending it in pdf form to: Temporary_Pro_Se_Filing@nysd.uscourts.gov

    In the alternative, the letter may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

    Plaintiff is warned that <u>if she fails to file this letter by July 14, 2021, this case may be dismissed for failure to prosecute</u>. If the case is dismissed, she will not be able to refile it.

    The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

    SO ORDERED.

Dated: July 7, 2021
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge