# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JENNIFER SUAREZ, *on behalf of minor son C.L.S.*,

                Plaintiff,                20 **CIVIL** 6559 (KPF)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2021, The Court has reviewed the Report for clear error and finds none. More pointedly, the Court agrees with Judge Gorenstein's well-reasoned Report and hereby adopts its reasoning by reference. Accordingly, it is hereby ordered that the Commissioner's motion for judgment on the pleadings is DENIED and the matter is remanded to the Commissioner for further proceedings consistent with the Report, and this case is closed.

**Dated:**  New York, New York
          November 16, 2021

                                                          RUBY J. KRAJICK

                                                          Clerk of Court

                                    BY:

                                                           Deputy Clerk